FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2023 OCT 26  AM 10: 45

OFFICE OF THE CLERK

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT

### for the

### District of Nebraksa

### Civil Division

|  |  |
|---|---|
| Susanne Becker | Case No. $8:23cv468$ |
| _____ | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Jury Trial: *(check one)* ☑ Yes ☒ No |
| -v- | |
| NALC 1836, APWU 845, Schneider | |
| _____ | |
| *Defendant(s)* | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)* | |

**RECEIVED**

OCT 26 2023

CLERK
U.S. DISTRICT COURT

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

### (Non–Prisoner Complaint)

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Susanne Becker |
| Address | 50965 County Road 27 |

| | | |
|---|---|---|
| Scottsbluff | NE | 69361 |
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | Scotts Bluff |
| Telephone Number | 308-631-7366 |
| E-Mail Address | |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Randy wallerich |
| Job or Title *(if known)* | NALC Branch 1836 President, USPS City Letter Carrier |
| Address | 120 west 20th street |

| | | |
|---|---|---|
| Scottsbluff | NE | 69361 |
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | Scotts Bluff |
| Telephone Number | 308-635-1121 |
| E-Mail Address *(if known)* | |

☒ Individual capacity     ☒ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Melissa |
| Job or Title *(if known)* | APWU Branch 845 of Scottsluff |
| Address | 120 west 20th street |

| | | |
|---|---|---|
| Scottsbluff | NE | 69361 |
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | Scottsbluff |
| Telephone Number | 308-635-1121 |
| E-Mail Address *(if known)* | |

☐ Individual capacity     ☐ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

**Defendant No. 3**

| | |
|---|---|
| Name | Ken Schneider |
| Job or Title *(if known)* | Officer in Charge of Scottsbluff Post Office |
| Address | 120 west 20t street |

| | | |
|---|---|---|
| Scottsbluff | NE | 69361 |
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | Scotts Bluff |
| Telephone Number | 308-635-1121 |
| E-Mail Address *(if known)* | |

☐ Individual capacity    ☐ Official capacity

**Defendant No. 4**

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Address | |

| | | |
|---|---|---|
| | | |
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☐ Individual capacity    ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☒ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

The local officals at branch 1836 NALC and branch 845 APWU breach federal title 5 merit principles

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

41 U.S Code 6503 Breach or violation of required contract terms
25 CR 11.440 and 18 U.S. Code 1729.1512 tampering with communication of information
5 U.S Code 23-1 Merit System principles, 5 U.S Code 3331 oath of Office

D.      Section 1983 allows defendants to be found liable only when they have acted "under color of any
        statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia."
        42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color
        of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of
        federal law. Attach additional pages if needed.

        Both local Unions at Federal Post of Scottsbluff, ne failed to educated their union member on the merit
        system under contractual terms with the Postmaster over see the duties. I paid for the USPS and the
        local union memebers to do a service they provide and they tampered with my service.

## III.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the
alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include
further details such as the names of other persons involved in the events giving rise to your claims. Do not cite
any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain
statement of each claim in a separate paragraph. Attach additional pages if needed.

A.      Where did the events giving rise to your claim(s) occur?

        Scottsbluff, Ne

B.      What date and approximate time did the events giving rise to your claim(s) occur?

        October 17, 2023: i bought service of a return receipt green card with a certified.
        On apparently October 18, 2023: Peyton Briggs scribbled on signature part in BLUE INK and someone
        else wrote the date in BLACK INK.

C.      What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what?
        Was anyone else involved? Who else saw what happened?)*

        I claim that my evidence of me applying for the Nebraska National Guard was tampered with and
        altered my the USPS employees and that those employees pay union dues under the local unions 1836
        and 845 which thoe employees have to by bargining agreements be educated and be hold to HIGH
        STANDARDS of conduct under title 5 of the merit system of the govermnent and their national
        contract. I emailed numerous of people inlcuding MARK INGLETT about this issue and i could of
        interrupted the National Guard training exercises when I yelled through email at Peyton Briggs about
        the scribbling on government forms and not signing the form. I believe my paperwork was very
        important due to the fact is was trying to get on the Nebraska National Guard life insurance Group
        policy in which was being emblezzed by the State of Nebraska by NOT dsiclosing the fact of the offset
        number between the insurance i was signing up for the the insurance the military gets. I notice I would
        be paying for two plans and Nebraska as hiding the other plan and not disclosing that in the application.

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

The USPS has tampered and alter with the evidence that would helped me on my case that if the Nebraska National Guard doesn't reinstate me into their office under TITLE 5 of the Federal government then I can sue for not a fair applaiction processed.

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I want a SPECIAL OFFICE SETTING ON THE USPS AND A JOB CREATED JUST FOR ME BY AND BACK PAY WITH FULL BENEFITS BY THE USPS, NALC AND THE APWU.
I ALSO WANT THE RIGHTS TO ASSUMED OFFICE IN THE NEBRASKA NATIONAL GUARD AND ALL THEIR TANGIBLE AND IN-TANGIBLE PROPERTIES.
I ALSO SO WANT RESTITUTION TO ALL THAT DID NOT FOLLOW MERIT PRINCIPLES.
I ALSO WANT TO ASSUME THE UNION DUES OF 1836 AND 834 AS WELL AS A BUSINESS UNION AND I ALSO WANT TO ASSUME ALL THEIR PROPERY INCLUDING WEBSITES.
i ALOS WANT TO ASSUME THE INDIVIDUAL APWU AND NALC PERSONEL PROPERTY OF WHOS NAMES THAT WHERE INVOVLED WITH BEING ACCOUNTABLE FOR THIS TAMPERING AND ALTERING EVIDENCE AND GOVERNMENT DOCUMENTS.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    OCTOBER 23, 2023

Signature of Plaintiff

Printed Name of Plaintiff    Susanne Becker

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

                          City              State        Zip Code

Telephone Number

E-mail Address



**UNITED STATES POSTAL SERVICE.**

SCOTTSBLUFF
112 W 20TH ST
SCOTTSBLUFF, NE 69361-9998
(800)275-8777

10/17/2023                                    11:49 AM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Mail® | 1 | | $2.31 |

Large Envelope
 Scottsbluff, NE 69361
 Weight: 0 lb 4.90 oz
 Estimated Delivery Date
  Thu 10/19/2023

| | | | $4.35 |
|---|---|---|---|

Certified Mail®
 Tracking #:
  70223330000218823309

| | | | $3.55 |
|---|---|---|---|

Return Receipt
 Tracking #:
  9590 9402 8299 3094 3567 76

| Total | | | $10.21 |
|---|---|---|---|

Grand Total:                                  $10.21

Cash                                          $20.25
Change                                       -$10.04

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
1-800-222-1811.

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device,

or call 1-800-410-7420.

------------------------------------------

UFN: 308100-0449
Receipt #: 840-56801069-3-6403908-2
Clerk: 6

---

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

 Rayton Briggs
 Nebraska National Guard
 0810 1st ave
 Scottsbluff, NE

9590 9402 8299 3094 3567 76

2. Article Number (Transfer from service label)
 7022 3330 0002 1882 3309

PS Form 3811, July 2020 PSN 7530-02-000-9053

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____    □ Agent
                      □ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  □ Yes
   If YES, enter delivery address below:        □ No

3. Service Type
 □ Adult Signature
 □ Adult Signature Restricted Delivery
 □ Certified Mail®
 □ Certified Mail Restricted Delivery
 □ Collect on Delivery
 □ Collect on Delivery Restricted Delivery
 □ Insured Mail
 □ Insured Mail Restricted Delivery
   (over $500)
 □ Priority Mail Express®
 □ Registered Mail™
 □ Registered Mail Restricted Delivery
 □ Signature Confirmation™
 □ Signature Confirmation Restricted Delivery

Domestic Return Receipt

BECKER
50965 CR 27
Scottsbluff, NE 69361





Retail



UNITED STATES
POSTAL SERVICE®

**RDC 99**



68102

U.S. POSTAGE PAID
FCM LETTER
SCOTTSBLUFF, NE 69361
OCT 23, 2023

**$5.25**

R2304H108347-8

7022 3330 0002 1882 3392

U.S. District Court

Roman L. Hruska U.S. Courthouse
111 S. 18th Plaza Suite 1152
Omaha, NE     68102-1322


RECEIVED
OCT 26 2023
CLERK
U.S. DISTRICT COURT

68102$1322 C016