IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SUSANNE BECKER,<br><br>          Plaintiff,<br><br>  vs.<br><br>RANDY WALLERICH, MELISSA, KEN SCHNEIDER, NALC 1836, and APWU 845,<br><br>          Defendants. | 8:23CV468<br><br>JUDGMENT |

This matter is dismissed without prejudice for the reasons discussed in the Memorandum and Order entered on this date.

Dated this 6th day of August, 2024.

BY THE COURT:

*[signature]*

Joseph F. Bataillon
Senior United States District Judge